# JONES WALKER
Alabama, Arizona, District of Columbia
Florida, Louisiana, Mississippi, Texas

FED. I.D.# 72-0445111

OCTOBER 16, 2012

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA     INVOICE NO. 620420
ATTN: JUDGE REBECCA F. DOHERTY
       MAGISTRATE JUDGE PATRICK J. HANNA
JOHN M. SHAW COURTHOUSE
800 LAFAYETTE STREET
LAFAYETTE, LA 70501

       RE:    ACTOS MDL
               FILE NO. 130758-00

FOR PROFESSIONAL SERVICES RENDERED DURING THE MONTH OF MARCH, 2012:

| | |
|---|---|
| TOTAL FEES | $ 25,374.50 |
| TOTAL COSTS | $ 197.00 |
| **TOTAL DUE AND OWING** | **$ 25,571.50** |

{L0226533.1}