**JONES WALKER**
Alabama, Arizona, District of Columbia
Florida, Louisiana, Mississippi, Texas

FED. I.D.# 72-0445111

OCTOBER 24, 2012

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA                INVOICE NO. 621595
ATTN: JUDGE REBECCA F. DOHERTY
      MAGISTRATE JUDGE PATRICK J. HANNA
JOHN M. SHAW COURTHOUSE
800 LAFAYETTE STREET
LAFAYETTE, LA 70501

      RE:   ACTOS MDL
             FILE NO. 130758-00

FOR PROFESSIONAL SERVICES RENDERED DURING THE MONTH OF APRIL, 2012:

| | |
|---|---|
| TOTAL FEES | $ 73,832.50 |
| TOTAL COSTS | $ 801.29 |
| **TOTAL DUE AND OWING** | **$ 74,633.79** |

{L0226534.1}