# JONES WALKER
Alabama, Arizona, District of Columbia
Florida, Louisiana, Mississippi, Texas

FED. I.D.# 72-0445111

OCTOBER 30, 2012

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA  INVOICE NO. 622349
ATTN: JUDGE REBECCA F. DOHERTY
      MAGISTRATE JUDGE PATRICK J. HANNA
JOHN M. SHAW COURTHOUSE
800 LAFAYETTE STREET
LAFAYETTE, LA 70501

RE:   ACTOS MDL
       FILE NO. 130758-00

FOR PROFESSIONAL SERVICES RENDERED DURING THE MONTH OF MAY, 2012:

| | |
|---|---|
| TOTAL FEES | $ 50,152.50 |
| TOTAL COSTS | $ 484.46 |
| **TOTAL DUE AND OWING** | **$ 50,636.96** |

{L0226535.1}