**JONES WALKER**
**Alabama, Arizona, District of Columbia**
**Florida, Louisiana, Mississippi, Texas**

FED. I.D.# 72-0445111

NOVEMBER 8, 2012

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA                 INVOICE NO. 624231
ATTN: JUDGE REBECCA F. DOHERTY
     MAGISTRATE JUDGE PATRICK J. HANNA
JOHN M. SHAW COURTHOUSE
800 LAFAYETTE STREET
LAFAYETTE, LA 70501

       RE:   ACTOS MDL
              FILE NO. 130758-00

FOR PROFESSIONAL SERVICES RENDERED DURING THE MONTH OF JUNE, 2012:

    TOTAL FEES                $ 55,155.00

    TOTAL COSTS            $  1,497.18

    **TOTAL DUE AND OWING**       **$ 56,652.18**