THE LAW OFFICES OF
# KENNETH W. DEJEAN

417 W. UNIVERSITY AVE. ● P.O. BOX 4325
LAFAYETTE, LA 70502-4325
PHONE: (337) 235-5294 ● FAX: (337) 235-1095
Tax ID No.: 72-0824522

November 20, 2012

Attn: Hon. Patrick J. Hanna
United States Magistrate Judge
3500 John M. Shaw U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

                             Re:     ACTOS MDL No. 2299
                                      Our File No: D12-2487

**Summary Statement for Professional Services Rendered and Expenses Incurred
During The Month of March, 2012**

---

| | |
|---|---:|
| **TOTAL FEES:** | $ 13,237.50 |
| **TOTAL EXPENSES:** | $ -0- |
| **TOTAL DUE AND OWING:** | $ 13,237.50 |