# JONES WALKER
### Alabama, Arizona, District of Columbia
### Florida, Louisiana, Mississippi, Texas

FED. I.D.# 72-0445111

NOVEMBER 20, 2012

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA                INVOICE NO. 626965
ATTN: JUDGE REBECCA F. DOHERTY
      MAGISTRATE JUDGE PATRICK J. HANNA
JOHN M. SHAW COURTHOUSE
800 LAFAYETTE STREET
LAFAYETTE, LA  70501


      RE:   ACTOS MDL
           FILE NO. 130758-00


FOR PROFESSIONAL SERVICES RENDERED DURING THE 3rd QUARTER, 2012:

| | |
|---|---|
| TOTAL FEES | $145,650.00 |
| TOTAL COSTS | $  2,476.84 |
| **TOTAL DUE AND OWING** | **$148,126.84** |

{L0227032.1}